TYSON & MENDES, LLP
Susan L. Oliver, Esq. (State Bar No. 160902)
Tracey L. Angelopoulos, Esq. (State Bar No. 220095)
523 4th Street, Ste. 100
San Rafael, CA 94901
Telephone: (628) 253-5070
Facsimile: (415) 785-3165
Email: soliver@tysonmendes.com

Attorneys for Defendant UBER TECHNOLOGIES, INC.

# IN THE UNITED STATED DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. C-17-00950-WHO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>Courtroom: 3<br>Judge: Hon. William H. Orrick<br>Trial Date: None Set |

Having considered the Parties' Stipulated Request for Order Changing Time, and for good cause shown, and **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. The May 30, 2017 Case Management Conference is continued for twenty-eight (28) days to June 27, 2017 at 2:00 p.m. in Courtroom 2.
2. The ADR deadlines pursuant to Fed. R. Civ. Pro. 26 (f); Civil L.R. 16-8 (b) and 16-8(c); and ADR L.R. 3-5 and 3-5(b) are continued to June 20, 2017.
3. The deadline to file the Rule 26(f) Report and Joint Case Management Statement are continued to June 20, 2017.

Dated: May 16, 2017

The Honorable William H. Orrick
United States District Judge

---

ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME