Marlene J. Goldenberg
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Phone: (612) 333-4662

SARA M. PETERS
speters@walkuplawoffice.com
JOSEPH NICHOLSON
jnicholson@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 0:17-cv-01861 (RHK-SER)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　PLEASE TAKE NOTICE that Plaintiff Jane Doe, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Dated:  June 7, 2017         　　　GOLDENBERGLAW, PLLC


                            　　　*/s/ Marlene Goldenberg*
                            　　　MARLENE GOLDENBERG
                            　　　Attorneys for Plaintiff